IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. CARR, JR.,

    Petitioner,                    No. CIV S-10-1778 GGH P

    vs.

MATTHEW CATE,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the denial of parole by the Board of Parole Hearings. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

1

1        2. Petitioner's reply, if any, shall be filed and served within twenty-eight days of
2   service of an answer;
3        3. If the response to petitioner's application is a motion, petitioner's opposition or
4   statement of non-opposition shall be filed and served within twenty-eight days of service of the
5   motion, and respondents' reply, if any, shall be filed within fourteen days thereafter; and
6        4. The Clerk of the Court shall serve a copy of this order, *the*
7   *consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court*
8   together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.
9   § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.
10  DATED: July 26, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14  GGH:mp
    carr1778.100fee

2