1  DANIEL J. BRODERICK, #89424
   Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   CHARLES H. CARR, JR.
8

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  CHARLES H. CARR, JR.,              )   NO. 2:10-cv-01778-MCE-JFM
                                       )
15             Petitioner,             )
                                       )   STIPULATION AND ORDER STAYING CASE
16       v.                            )   UNTIL OCTOBER 21, 2011
                                       )
17  MATTHEW CATE, Warden,              )
                                       )
18             Respondent.             )
                                       )   Judge: Hon. John F. Moulds
19  _____    )

20       Petitioner, CHARLES H. CARR, JR., by and through counsel, Assistant Federal Defender Carolyn

21  M. Wiggin, and Respondent, Warden MATTHEW CATE, by and through counsel, Deputy Attorney

22  General Pamela B. Hooley, hereby stipulate to and jointly request a stay of the proceedings in this matter

23  until October 21, 2011.

24       This request is made because Mr. Carr is currently on parole pursuant to this Court's order in

25  related case nos. 2:04-cv-00584-MCE-JFM, 2:05-cv-01870-MCE-JFM, and 2:05-cv-01871-MCE-JFM.

26  On June 28, 2011, the Ninth Circuit reversed the judgments in those three cases and remanded the cases to

27

28  Stipulation and Order
    00280861.wpd                          1

1  this Court for further proceedings.  *See Carr v. Sisto*, No. 09-15615, *Carr v. Woodford*, No.  09-15616,
2  and *Carr v. Horel*, No. No. 09-15617.  Rather than immediately seek Mr. Carr's return to state prison, the
3  California Board of Parole Hearings ("BPH") has agreed to give Mr. Carr a "Not in Custody," or "NIC"
4  hearing on September 21, 2011.  At that hearing BPH officials will decide whether or not they are willing
5  to allow Mr. Carr to remain on parole for the remainder of his parole term.  If the BPH decides that Mr.
6  Carr can remain on parole for the remainder of his parole term, after which he will be discharged from
7  parole if he successfully serves his parole term, then this case and the related district court cases will
8  become moot.

9  In order to conserve judicial resources, the parties ask that the Court stay this case until the parties
10  know the outcome of the September 21, 2011 hearing.  The parties further ask that the current pleading
11  schedule be vacated.  The parties ask that this case be stayed until October 21, 2011, on which date the
12  parties will file status reports regarding the outcome of the September 21, 2011, hearing, and the need, if
13  any, for any further pleadings or briefs.

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

Dated: July 22, 2011

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorneys for Petitioner
CHARLES H. CARR


KAMALA D. HARRIS
Attorney General of the State of California

Dated: July 22, 2011

*/s/ Pamela B. Hooley*
PAMELA B. HOOLEY
Deputy Attorney General

Attorneys for Respondents

Stipulation and Order
00280861.wpd                                              2

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that this matter is stayed until October 21, 2011, and the current pleading schedule is VACATED.  On October 21, 2011, the parties shall file status reports regarding the outcome of the September 21, 2011, hearing, and the need, if any, for any further pleadings or briefs.

IT IS SO ORDERED.

Dated: July 28, 2011.

UNITED STATES MAGISTRATE JUDGE

carr1778.sty