1  DANIEL J. BRODERICK, #89424
   Federal Defender
2
   CAROLYN M. WIGGIN, Bar #182732
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Petitioner
   CHARLES H. CARR, JR.
8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  CHARLES H. CARR, JR.,             )   No.  2:10-cv-01778-MCE -JFM
                                      )
15              Petitioner,           )
                                      )
16       v.                           )   STIPULATION AND ORDER STAYING CASE
                                      )   UNTIL JANUARY 26, 2012
17  MATTHEW CATE,                     )
                                      )
18              Respondent.           )
                                      )
19  _____ )   Judge: Hon. John F. Moulds

20       Petitioner, CHARLES H. CARR, JR., by and through counsel, Assistant Federal Defender Carolyn

21  M. Wiggin, and Respondent, Warden CAROL DALY, by and through counsel, Deputy Attorney General

22  Pamela B. Hooley, hereby stipulate to and jointly request a stay of the proceedings in this matter until

23  January 26, 2012.

24       Mr. Carr was released from prison pursuant to this Court's order in related case nos.

25  2:04-cv-00584-MCE-JFM,  2:05-cv-01870-MCE-JFM, and 2:05-cv-01871-MCE-JFM.

26  /////

27

28  Stipulation and Order
    00285241.wpd                          1

On June 28, 2011, the Ninth Circuit reversed the judgments in those three cases and remanded the cases to this Court for further proceedings. See Carr v. Sisto, No. 09-15615, Carr v. Woodford, No. 09-15616, and Carr v. Horel, No. 09-15617. Rather than immediately seek Mr. Carr's return to state prison, the California Board of Parole Hearings held a "Not in Custody" or "NIC" parole consideration hearing for Mr. Carr on September 21, 2011. At the conclusion of that hearing the panel found Mr. Carr suitable for parole. If neither the Board nor the Governor vacate or reverse the panel's decision, it will become final on or before January 19, 2012.

In order to conserve judicial resources, the parties ask that the Court stay this case until the parties know whether the parole suitability decision is to become final. Assuming that the decision becomes final on or before January 19, 2012, then one week later, on January 26, 2012, the stay in this matter will be lifted and Mr. Carr will file a request to voluntarily dismiss this petition. If, on the other hand, the parole suitability decision is vacated or reversed by the Board or Governor, then on or before January 26, 2012, the parties will file a joint status report regarding the need, if any, for further motions or briefing.

                          Respectfully submitted,

                          DANIEL BRODERICK
                          Federal Defender

Dated: October 21, 2011                     */s/ Carolyn M. Wiggin*
                          CAROLYN M. WIGGIN
                          Assistant Federal Defender

                          Attorneys for Petitioner
                          CHARLES H. CARR


                          KAMALA D. HARRIS
                          Attorney General of the State of California

Dated: October 21, 2011                     */s/ Pamela B. Hooley*
                          PAMELA B. HOOLEY
                          Deputy Attorney General

                          Attorneys for Respondent

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that this matter is stayed until January 26, 2012.  On or before January 26, 2012, either petitioner shall file a request for voluntary dismissal of this petition or the parties shall file a joint status report regarding the need, if any, for further motions or briefing.

IT IS SO ORDERED.

Dated: November 7, 2011.

UNITED STATES MAGISTRATE JUDGE

/carr1778.stip2

Stipulation and Order
00285241.wpd                                                3